

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2018

No. 04-18-00253-CV

**JC FODALE ENERGY SERVICES, LLC** and Mickey Hunt,
Appellants

v.

Jenny **HENNES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI12710
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

Appellants' response to this court's May 25, 2018 order has been filed. The response shows appellants have paid, and the trial court clerk has received appellants' payment, for the preparation of the clerk's record. We therefore order Bexar County District Clerk, Donna Kay McKinney, to file the clerk's record by **July 12, 2018**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court